IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

MONNA RUSH, et al.,

           Plaintiffs,

v.                                    CIVIL ACTION NO.   5:21-cv-00124

DAVIS-STUART, INC.

           Defendant.

## JUDGMENT ORDER

The court **ORDERS** that judgment be entered in accordance with the contemporaneously filed Order, and that this case be **DISMISSED WITH PREJUDICE** and stricken from the docket.

The court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and any unrepresented party.

ENTER:    October 28, 2021

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE